# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 23, 2025

CL-2023-0485

Jessica Layne Chapman v. Frederick Kyle Chapman (Appeal from Chilton Circuit Court:  DR-14-900112.01).

CL-2023-0619

Jessica Layne Chapman v. Frederick Kyle Chapman (Appeal from Chilton Circuit Court:  DR-14-900112.02).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards and Hanson, JJ., concur.

Seth P. Rhodebeck, Clerk